# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE SHELBY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 2:13-cv-01488-APG-NJK

**ORDER**

    Petitioner, who is a prisoner in the custody of the Federal Bureau of Prisons, has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (#1). The court dismisses this action because petitioner did not pay the filing fee and did not file an application to proceed in forma pauperis, together with a signed financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that the clerk of the court shall send petitioner a blank form for an application to proceed in forma pauperis for incarcerated litigants.

///
///
///
///
///
///
///

1   IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

DATED: September 5, 2013.

_____
ANDREW P. GORDON
United States District Judge